IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

LONNIE L. USHER, on behalf of himself and all others similarly situated,

    Plaintiff,

VS.

MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING, LLC,

    Defendants.

CASE NO.: CV 10-03536 SBA

**ORDER**

## ORDER

Pursuant to the parties' Stipulation, and good cause appearing, the the due date for filing Plaintiff's Reply Memorandum from August 17, 2011 to September 13, 2011. The motion hearing and case management conference scheduled of October 4, 2011 are CONTINUED to **October 18, 2011 at 1:00 p.m.**

Dated: 8-17-11

                                   *Saundra B Armstrong*

The Honorable Sandra Brown Armstrong
United Stated District Judge